UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL JOHN MULLINS,

          Petitioner,

   v.

JAMES E. THATCHER,

          Respondent.

Case No. C08-5443BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

     This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 6). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

     (1)    The Court adopts the Report and Recommendation; and

     (2)    This petition is **DISMISSED** because it is time barred.

     DATED this 20th day of November, 2008.

                                           BENJAMIN H. SETTLE
                                         United States District Judge

ORDER