# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL JOHN MULLINS

## JUDGMENT IN A CIVIL CASE

v.

JAMES E. THATCHER

CASE NUMBER: C08-5443BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This petition is **DISMISSED** because it is time barred.

| November 24, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk